UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 22-1837

GIBSON FOUNDATION, INC., a Delaware Corporation,

Plaintiff - Appellant,

v.

ROB NORRIS d/b/a THE PIANO MILL,
a Citizen of Massachusetts,
THE PIANO MILL GROUP, LLC,

Defendants - Appellees

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter my WITHDRAWAL OF APPEARANCE as co-counsel for the defendants, Rob Norris d/b/a The Piano Mill, in the above-entitled case. Attorney Daniel J. Gibson will remain as counsel for the defendants.

Respectfully submitted
For the Defendants,

/s/ Martin Sabounjian
MARTIN SABOUNJIAN, ESQ.
BBO#: 703893
SKB, Attorneys
1140 Washington Street
Hanover, MA 02339
Tel.: (781) 829-9993
ms@skb-law.com

Dated: December 16, 2022

## CERTIFICATE OF SERVICE

I, Daniel J. Gibson, hereby certify that on this 16th day of December 2022, I electronically filed the Notice of Withdrawal of Appearance of Martin Sabounjian with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Andrea E. Bates
Bates & Bates
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
abates@bates-bates.com
kschuettinger@bates-bates.com


/s/ Daniel J. Gibson
Daniel J. Gibson, Esq.
BBO #: 550661
SKB, Attorneys
1140 Washington Street
Hanover, MA 02339
Tel.: (781) 829-9993
djg@skb-law.com